PETITION OF GERALD F. DAVIS.

No. 11017.
Decided September 30, 1965.
405 P.2d 989.

PER CURIAM:

This is a petition by Gerald F. Davis, an inmate of the Montana State Prison, appearing pro se, seeking relief from certain orders entered in the district court.

Nothing appears in this petition to change our views as expressed in our order of March 29, 1965. See Petition of Davis, 145 Mont. 243, 400 P.2d 402.

No remedial writ should be granted and the request therefor is denied and the proceeding dismissed.

A. A. WERNER, RELATOR, v. THE DEPARTMENT OF STATE LANDS AND INVESTMENTS OF THE STATE OF MONTANA, DEPARTMENT OF THE GOVERNMENT OF THE STATE OF MONTANA, ET AL., RESPONDENTS.

No. 11023.
Decided October 15, 1965.
406 P.2d 370.

PER CURIAM:

Original proceeding.

Application for an alternative writ of prohibition.

The application is denied and the proceeding is dismissed.